THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GLOBE INDEMNITY COMPANY OF NEW YORK, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

HELEN G. MACKLEY, Respondent, v. NELLIE P. WALKER, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARION W. COTTLE, Appellant, v. CITY OF BUFFALO, Respondent.—Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

GENEVA NATIONAL BANK, Respondent, v. JOHN B. O'BRIEN, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

LOUISE BARRY, as Administratrix, etc., Respondent, v. ERIE RAILROAD COMPANY and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

RALPH WHITEHOUSE and Others, Respondents, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

In the Matter of the Claim of ANNA M. O'HARE v. THE CITY OF BUFFALO.— Motion for leave to appeal to Court of Appeals granted, and question for review certified.

In the Matter of the Claim of HAZEL PHELPS v. THE CITY OF BUFFALO.— Motion for leave to appeal to Court of Appeals granted, and question for review certified.

ARCANGELO MARCUCCI, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

VINCENZO BONGIOVANNI and Another, Respondents, v. ANTHONY BUSCAGLIA, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

HENRY PITTACK, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

JOHN S. KELLNER, Appellant, v. EDWARD KENER, JR., Respondent, Impleaded, etc.— Motion for leave to appeal to Court of Appeals granted.

HARRY C. RICE, as Administrator, etc., Respondent, v. NEW YORK STATE RAILWAYS, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

CATHERINE O'LEARY, as Administratrix, etc., Respondent, v. PATRICK McCARTHY and Others, Appellants.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

··CASUALTY COMPANY OF AMERICA, Appellant, Respondent, v. A. L. SWETT ELECTRIC LIGHT AND POWER COMPANY, Respondent, Appellant.— Order of modification and affirmance entered May 7, 1924 [209 App. Div. 175], amended so as to allow to plaintiff ten dollars costs and disbursements on the appeal.

In the Matter of the Petition of a MAJORITY OF THE BOARD OF DIRECTORS OF EMPIRE UNITED RAILWAYS, INC., for a Voluntary Dissolution of Said Company. — Appeals dismissed, without costs, upon stipulation filed.

THOMAS C. MARTINS and Another, Respondents, v. SECURITY TRUST COMPANY

OF ROCHESTER, NEW YORK, as Executor, etc., Appellant.—Appeal dismissed, without costs, upon stipulation filed.